1  Kristine L. Gallardo (ASB #033975)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren, Suite 1900
3  Phoenix, Arizona 85004-2202
   Telephone: 602.382.6000
4  E-Mail: kgallardo@swlaw.com

5  *Attorneys for Reliance Worldwide Corporation
   d/b/a John Guest USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Allstate Property and Casualty Insurance Company, as Subrogee of Kelly Jarman, | No. |
|---|---|
| Plaintiff, | **DEFENDANT JOHN GUEST USA, INC.'S NOTICE OF REMOVAL** |
| v. | |
| John Guest USA, Inc., a foreign corporation; John Does I-X, Jane Does I-X; ABC Corporations and XYZ Partnerships I-X, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and LRCiv 3.6, Defendant Reliance Worldwide Corporation d/b/a John Guest USA, Inc. ("John Guest"), erroneously named as John Guest USA, Inc., hereby removes this action from the Superior Court of Arizona, Maricopa County to the United States District Court for the District of Arizona. Removal is based on diversity jurisdiction under 28 U.S.C. § 1332.

In support of this Notice, John Guest states as follows:

1. Plaintiff Allstate Property and Casualty Insurance Company, as Subrogee of Kelly Jarman filed suit against John Guest, and John Does I-X, Jane Does I-X; ABC Corporations and XYZ Partnerships I-X on July 30, 2021.

2. John Guest was first served with Plaintiff's Summons, Complaint, Certificate of Compulsory Arbitration and Jury Demand on August 30, 2021. *See* **Ex. D**, Affidavit of

1  Service.

2       3.     John Guest removes this action based on 28 U.S.C. § 1441(b). There is complete diversity of citizenship between Plaintiff and John Guest, and the amount in controversy exceeds $75,000.

     4.     A notice of removal must be filed within 30 days after receipt by the defendant of the initial pleading setting forth the claim for relief upon which the action is based. *See* 28 U.S.C. § 1446(b). Plaintiff served John Guest with the Summons and Complaint on or about August 30, 2021, making the deadline to remove September 29, 2021. Therefore, removal is timely.

## DIVERSITY JURISDICTION

     5.     This Court has diversity jurisdiction over this action under 28 U.S.C. § 1332(a) because Plaintiff and John Guest are citizens of different states and the amount in controversy exceeds $75,000.

     6.     Plaintiff Allstate Property and Casualty Insurance Company is, and was at the time it commenced this action, a corporation organized under the laws of the State of Illinois with its principal place of business in State of Illinois. *See* **Ex. F**, Allstate June 30, 2021 Quarterly Statement. Further, Plaintiff's complaint alleges it is a citizen of Illinois. *See* **Ex. C**, Complaint at ¶ 1. Therefore, Plaintiff is a citizen of Illinois. *See* 28 U.S.C. § 1332(c)(1).

     7.     Reliance Worldwide Corporation, doing business as John Guest USA, Inc. is, and was at the time Plaintiff commenced this action, a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Georgia. Therefore, Reliance Worldwide Corporation d/b/a John Guest USA, Inc. is a citizen of both Delaware and Georgia. *See* 28 U.S.C. § 1332(c)(1).

     8.     John Does I-X, Jane Does I-X; ABC Corporations and XYZ Partnerships I-X are fictitious entities. Plaintiff alleges the true identities of these Defendants are unknown. *See* **Ex. C**, Complaint at ¶ 5. Per 28 U.S.C. § 1441(b)(1), the citizenship of defendants sued under fictitious names shall be disregarded for determining whether a civil action is removable under 28 U.S.C. § 1332(a).

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

9. Plaintiff has alleged that at least $257,353.02 is in controversy. *See* **Ex. C**, Complaint at ¶ 11.

10. The removing party's initial burden is to "file a notice of removal that includes 'a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Ibarra v. Manheim Invs., Inc.*, 775 F.3d 1193, 1195 (9th Cir. 2015) (quoting *Dark Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014)). Further, a federal district court will first "consider whether it is 'facially apparent' from the complaint that the jurisdictional amount is in controversy." *Abrego v. Dow Chem. Co.*, 443 F.3d 676, 690 (9th Cir. 2006) (internal citations omitted).

11. Here, Plaintiff's Complaint alleges that "a valve on the reverse osmosis water filtration system installed at the Property failed causing leaking and flooding at the Property on August 11, 2019." *See* **Ex. C**, Complaint at ¶ 10. Further, Plaintiff alleges "as a result of the Incident, Jarman sustained damage to her Property in the amount of $258,353.02 and submitted a claim to Allstate for said damage." *Id.* at ¶ 11.

12. It is facially apparent from Plaintiff's Complaint that the amount in controversy in this matter exceeds $75,000.

13. Because there is complete diversity of citizenship between Plaintiff and John Guest, and because John Guest has shown that the amount in controversy is greater than $75,000, this Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332(a). John Guest's notice of removal is timely. Removal based on diversity of citizenship is therefore proper.

## CONSENT AND STATE-COURT FILINGS

14. John Guest is the only defendant that has been served in this action. **Ex. D**, Affidavit of Service for John Guest USA, Inc. Accordingly, John Guest need not obtain the consent of other named fictitious defendants to remove this action. 28 U.S.C. § 1446(b)(2)(A).

15. Per LRCiv 3.6, John Guest has filed with this Notice the following attachments:

4843-0746-5469

- 3 -

1        a.     Supplemental Civil Cover Sheet

2             i. Attached as **Exhibit A**

3        b.     Complete State Court Docket, Maricopa County Superior Court CV2021-012165.

5             i. Attached as **Exhibit B**

6        c.     Plaintiff's Complaint

7             i. Attached as **Exhibit C**

8        d.     Affidavit of Service for John Guest.

9             i. Attached as **Exhibit D**

10       e.     Answers

11            i. No answers have been filed

12       f.     State court orders terminating or dismissing parties

13            i. None

14       g.     Notices of Appearance

15            i. None

16       h.     Pending motions, responses, and replies

17            i. None

18       i.     Remainder of state court record

19            i. None

20       j.     Verification of the removing party or its counsel that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed

23            i. Attached as **Exhibit E.**

John Guest has also filed a copy of this Notice with the clerk of the state court from which this action has been removed.

4843-0746-5469

- 4 -

1  DATED this 29th day of September, 2021.

2                                             SNELL & WILMER L.L.P.

4                                             By: *s/Kristine L. Gallardo*
5                                                 Kristine L. Gallardo
                                                  One Arizona Center
                                                  400 E. Van Buren, Suite 1900
6                                                 Phoenix, Arizona  85004-2202

7                                                 *Attorneys for Defendant Reliance Worldwide Corporation d/b/a John Guest USA, Inc.*

4843-0746-5469

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter:

*/s/Kathy Sprinkle*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4843-0746-5469