# EXHIBIT B

Clerk of the Superior Court
*** Electronically Filed ***
M. Bouise, Deputy
7/30/2021 3:35:36 PM
Filing ID 13193042

Person/Attorney Filing: Kimberly Sierra
Mailing Address: 2999 N 44th Street Suite 215
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)385-6776
E-Mail Address: kimberly@righilaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 024850, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Allstate Property and Casualty
Insurance
Plaintiff(s),
v.
John Guest USA, Inc. John Guest
USA, Inc.
Defendant(s).

Case No. CV2021-012165

SUMMONS

To: John Guest USA, Inc. John Guest USA, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5950336

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *July 30, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *MICHELLE BOUISE*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
M. Bouise, Deputy
7/30/2021 3:35:36 PM
Filing ID 13193041

Person/Attorney Filing: Kimberly Sierra
Mailing Address: 2999 N 44th Street Suite 215
City, State, Zip Code: Phoenix, AZ 85018
Phone Number: (602)385-6776
E-Mail Address: kimberly@righilaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 024850, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Allstate Property and Casualty Insurance
Plaintiff(s),
v.
John Guest USA, Inc. John Guest USA, Inc.
Defendant(s).

Case No. CV2021-012165

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Kimberly Sierra /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
M. Bouise, Deputy
7/30/2021 3:35:36 PM
Filing ID 13193040

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**
Kimberly Sierra
Bar Number: 024850, issuing State: AZ
Law Firm: Righi Fitch Law Group
2999 N 44th Street Suite 215
Phoenix, AZ 85018
Telephone Number: (602)385-6776
Email address: kimberly@righilaw.com

CV2021-012165

**Plaintiff:**
Allstate Property and Casualty Insurance

**Defendant:**
John Guest USA, Inc. John Guest USA, Inc.

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Property Damage

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
M. Bouise, Deputy
7/30/2021 3:35:36 PM
Filing ID 13193039

Elizabeth S. Fitch (#010442)
Kimberly A. Sierra (#024850)
**RIGHI FITCH LAW GROUP**
2999 N. 44th St., Suite 215
Phoenix, Arizona 85018
Telephone: (602) 385-6776
Facsimile: (602) 385-6777
Beth@righilaw.com
kimberly@righilaw.com
*Attorney(s) for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Kelly Jarman,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GUEST USA, INC., a foreign corporation; JOHN DOES I-X, JANE DOES I-X; ABC CORPORATIONS and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No.: CV2021-012165<br><br>**COMPLAINT**<br><br>*(Pursuant to Rule 26.2(c)(3) – Tier 2)* |

Plaintiff, Allstate Property and Casualty Insurance Company as subrogee of Kelly Jarman ("Allstate"), by and through counsel undersigned, files its Complaint against Defendants, and each of them, alleges and complains as follows:

### I. PARTIES

1. Plaintiff, Allstate, is a corporation organized under the laws of the State of Illinois, and is authorized to do business in Maricopa County, Arizona.

2. At all times relevant hereto, Kelly Jarman ("Jarman") was the owner of property located at 21875 S. 195th Street, Queen Creek, Arizona 85142-6011 ("Property").

- 1 -

3.      At all times relevant hereto, Allstate insured the Property pursuant to policy number: 000916787318.

4.      Upon information and belief, John Guest USA, Inc. ("John Guest") is a foreign corporation registered in New Jersey authorized to do business and doing business within Maricopa County, Arizona.

5.      Allstate is informed and believes and therefore alleges that the true names and capacities, whether individuals, corporate, associates, or otherwise of John Does I-X, Jane Does I-X, ABC Corporations, and XYZ Partnerships are currently unknown to Allstate and therefore sues said defendants by such fictitious names. Allstate believes that at all times material hereto, all those were corporations, partnerships, sole proprietorships, and/or other business entities authorized to do business and doing business within Maricopa County, Arizona.

## II. JURISDICTION AND VENUE

6.      Defendants, including John Guest, caused an event to occur within Maricopa County, Arizona, out of which this action arises.

7.      The minimum jurisdictional amount for filing this action has been satisfied. The court has jurisdiction and venue is proper. This matter is subject to Tier 2 discovery, as prescribed in Rule 26.2, Arizona Rules of Civil Procedure.

## III. FACTUAL ALLEGATIONS

8.      Upon information and belief and at all times relevant hereto, John Guest supplies, distributes, and/or sells reverse osmosis water filtration systems.

9.      A John Guest valve associate with a reverse osmosis water filtration system was installed at the Property.

10.     A valve on the reverse osmosis water filtration system installed at the Property failed causing leaking and flooding at the Property on August 11, 2019 ("Incident").

11. As a result of the Incident, Jarman sustained damage to her Property in the amount of $258,353.02 and submitted a claim to Allstate for said damage.

12. Allstate paid to or on behalf of Jarman for the property damage in the amount of $257,353.02, after consideration of a $1,000.00 policy deductible and by virtue of said payment, Allstate became contractually and equitably subrogated to the insured's rights to recover the loss.

## FIRST CAUSE OF ACTION

### (Product Liability)

13. Allstate realleges and incorporates by reference all prior paragraphs as though fully set forth herein.

14. The valve on the reverse osmosis water filtration system involved in the Incident was designed, manufactured and sold by John Guest in a defective condition unreasonably dangerous to Jarman and her Property.

15. Upon information and belief, the defects associated with the subject valve on the reverse osmosis water filtration system involved in the Incident include, but are not limited to:

(a) The subject valve was defective in design;

(b) The subject valve deviated in some substantial way from otherwise identical units of the same product line as a result of manufacturing or material defect, and/or

(c) the subject valve failed to provide adequate warnings for its use.

16. Jarman neither knew, nor in the exercise of reasonable care, should have known, of any defect in the subject valve.

17. As a result of Defendants' conduct, Defendants caused Plaintiff's insured to sustain losses totaling $258,353.02.

## SECOND CAUSE OF ACTION

### (Negligence)

18. Allstate realleges and incorporates by reference all prior paragraphs as though fully set forth herein.

19. As the supplier, distributor, and/or seller of the valve on the reverse osmosis water filtration system, John Guest has a duty to test, examine, and ensure that the design and manufacture of the valve meet minimum standards of durability and reliability and to make certain that such valves do not leak.

20. Defendants breached its duties and allowed the valve to be sold and placed in the Property, even though they knew or with adequate exercise of care should have known that such subject valve was likely to leak under normal usage.

21. As a direct and proximate result of Defendants' breach of its duties, Plaintiff's insured suffered damage to the Property.

22. As a result of Defendants' negligent conduct, Defendants caused Plaintiff's insured to sustain losses totaling $258,353.02, and as a result of the insurance policy between Allstate and Jarman, Allstate is entitled to recover the damages in subrogation from Defendants.

23. The prayed for amount is liquidated, as such, prejudgment interest began accruing on the date payment for the aforementioned sum was first demanded.

**WHEREFORE**, Allstate respectfully requests that judgment be entered in its favor and against Defendants as follows:

(A) Compensatory damages in an amount of $258,353.02;

(B) For interest on all past due amounts from the date first due to the date of judgment herein;

(C) For interest on the total judgment, from the date of judgment until paid in full;

1   (D)    For Plaintiff's costs incurred herein;

2   (E)    For such other and further relief as the Court deems just and proper.

3       **RESPECTFULLY SUBMITTED** this 30th day of July, 2021.

**RIGHI FITCH LAW GROUP, PLLC**

By: /s/ *Kimberly A. Sierra*
Elizabeth S. Fitch
Kimberly A. Sierra
2999 N. 44th St., Suite 215
Phoenix, AZ 85018
*Attorneys for Plaintiff*

Clerk of the Superior Court
*** Electronically Filed ***
T. Hays, Deputy
8/3/2021 8:15:58 AM
Filing ID 13201324

Elizabeth S. Fitch (#010442)
Kimberly A. Sierra (#024850)
**RIGHI FITCH LAW GROUP**
2999 N. 44th St., Suite 215
Phoenix, Arizona 85018
Telephone: (602) 385-6776
Facsimile: (602) 385-6777
Beth@righilaw.com
kimberly@righilaw.com
*Attorney(s) for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Kelly Jarman,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GUEST USA, INC., a foreign corporation; JOHN DOES I-X, JANE DOES I-X; ABC CORPORATIONS and XYZ PARTNERSHIPS I-X,<br><br>Defendants. | Case No.: cv2021-012165<br><br>**DEMAND FOR JURY TRIAL**<br><br>*(Pursuant to Rule 26.2(c)(3) – Tier 2)* |

Plaintiff, Allstate Property and Casualty Insurance Company as subrogee of Kelly Jarman ("Allstate"), by and through counsel undersigned, pursuant to Rule 38(b), Arizona Rules of Civil Procedure, hereby demand trial by jury of all issues in the above-entitled action

//
//
//
//

- 1 -

**RESPECTFULLY SUBMITTED** this 3rd day of August, 2021.

**RIGHI FITCH LAW GROUP, PLLC**

By: */s/ Kimberly A. Sierra*
Elizabeth S. Fitch
Kimberly A. Sierra
2999 N. 44th St., Suite 215
Phoenix, AZ 85018
*Attorneys for Plaintiff*

| Attorney or Party without Attorney: KIMBERLY SIERRA (SBN 024850) RIGHI FITCH LAW GROUP, P.L.L.C 2999 N. 44TH ST. SUITE 215 PHOENIX, AZ 85018 Telephone No: | | | | For Court Use Only CLERK OF THE SUPERIOR COURT RECEIVED CCB #2 DOCUMENT DEPOSITORY |
|---|---|---|---|---|
| Attorney For: | Ref. No. or File No.: 21-1371-053 | | | 21 AUG 31 AM 11: 10 |
| Insert name of Court, and Judicial District and Branch Court: MARICOPA COUNTY SUPERIOR COURT | | | | FILED BY B. Miller, DEP |
| Plaintiff: ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AS SUBROGEE OF KELLY JARMAN Defendant: JOHN GUEST USA, INC., A FOREIGN CORPORATION; ET AL. | | | | |
| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: CV2021-012165 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET

3. a. Party served: JOHN GUEST USA, INC.
   b. Person served: David Bullion, Site Manager

4. Address where the party was served: 20 E Halsey Rd, Parsippany, NJ 07054

5. I served the party:
   a. by substituted service. On: Mon, Aug 30 2021 at: 12:36 PM by leaving the copies with or in the presence of:
   David Bullion, Site Manager.
   (a) (Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Service: $169.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $179.00

I Declare under penalty of perjury under the laws of the State of NEW JERSEY that the foregoing is true and correct.

6. Person Executing:
   a. Manny Bayo
   b. FIRST LEGAL
   3737 North 7th. Street Suite 209
   PHOENIX, AZ 85014
   c. (602) 248-9700

08/31/2021
(Date)                    (Signature)

**CERTIFICATE OF SERVICE**

6057046 (10449198)