# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allstate Property and Casualty Insurance Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Reliance Worldwide Corporation, *et al.*,<br><br>　　　　Defendants. | No. CV-21-01673-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation to Dismiss with Prejudice (Doc. 46), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 46). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees. This case remains closed.

Dated this 30th day of March, 2023.

_____
Honorable John J. Tuchi
United States District Judge